IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Robert Crowder Jr
(Enter Above the Name of the Plaintiff in this Action)

vs.

Dave Yost
(Enter above the name of the Defendant in this Action)

3:21 cv 103

MICHAEL J. NEWMAN

If there are additional Defendants, please list them:
Mathias Heck, Derek Walker, Robert Peeler, Derek Faulker, Larry Householder, Johnson & Johnson, McKinsey Corporation

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Robert Crowder JR
Name - Full Name Please - PRINT

40 E. Siebenthaler Av
Street Address

Dayton, Ohio 45405
City, State and Zip Code

707-797-7290
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

**Defendants**

Larry householder
77 S High St # 12,
Columbus, OH 43215

Jason holdren
18 Locust St # 1267,
Gallipolis, OH 45631

Randy dupree
18 Locust St # 1267,
Gallipolis, OH 45631

Jeremy fischer
18 Locust St # 1267,
Gallipolis, OH 45631

Mathias H. Heck, Jr.
301 W Third St STE 500,
Dayton, OH 45402

Dave Yost
30 E Broad St,
Columbus, OH 43215

Derek Walker
61 Greene St # 2,
Xenia, OH 45385

Robert Peeler
61 Greene St # 2,
Xenia, OH 45385

Derek Faulkner
61 Greene St #2
Xenia, OH 45385

Johnson & Johnson
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mckinsey Corporation
150 W Jefferson Srv Rd STE 1600
Detroit, MI 48226

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _____
   Name - Full Name Please

   _____
   Address: Street, City, State and Zip Code

2. _____

   _____

3. _____

   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title **18** United States Code, Section **241, 242,**
   [Other federal status giving the court subject matter jurisdiction.]

## Statement of Claim

They have an elaborate human trafficking ring going on they are using legislation and the power to prosecute as a way to embezzle billions. They are accomplishing this with a settlement that they received from Mckinsey and Johnson & Johnson. After receiving the settement they are then putting legislation into effect through chapter 169 of the ohio revised code that will bar the beneficiaries of that money through an amendment that Larry Horseback pushed through to legislators. So they then don't put the party on notice of the settlement so that they can then take their settlement. Essential violating ohio citizens right to due process and utilizing this to embezzle money through business to business exemptions.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

## Relief

The relief requested is that the attorney general and all state and county prosecutors need to stop the malicious prosecution of the drug offenders in ohio. The reason for the halt of prosecution is because attorney general and all prosecutor's have an unlawful interest in the prosecution. Evidence of the unlawful interest is the prosecutor's violation of defendants right to be put on notice of a settlement in accordance with chapter 169 of the ohio revised code. They took this civil rights violation further by covering violation with adjustment to legislation which takes effect April 12, 2021. Why is the attorney general and his delegates not notifying beneficiaries of this settlement? Why are the not holding up there fiduciary duty? It can be argued that service of notice was met when they put in news paper. This would be valid if attorney general office and delegates did not have infractions against citizens.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of March, 2021.

_____
Signature of Plaintiff

TARA L TWITTY
Notary Public - State of Ohio
Commission Expires Mar 11, 2025

-4-