UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT CROWDER,

      Plaintiff,

v.

DAVE YOST, *et al.*,

      Defendants.

Case No.: 3:21-cv-103

District Judge Michael J. Newman

---

## NOTICE TO *PRO SE* PLAINTIFFS UPON FILING OF A DISPOSITIVE MOTION

---

You are hereby notified that Defendant Mathias H Heck, Jr. has filed a dispositive motion in your case. Such motion is a motion to dismiss for failure to state a claim filed pursuant to Fed. R. Civ. P. 12(b)(6). The Court's decision on such a motion may result in the dismissal of some or all of your claims. You should receive a copy of the motion directly from the Defendant via regular mail. Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of either Fed. R. Civ. P. 12. When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please consult the Court's [Pro Se Guide for Civil Litigants](#) for guidance as you respond to this motion.

Date: May 11, 2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge