# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| ROBERT CROWDER, JR., | : | Case No. 3:21-cv-103 |
| --- | --- | --- |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| DAVE YOST, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant McKinsey & Company, Inc. filed a Motion to Dismiss on May 13, 2021. (Doc. #17). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **June 7, 2021**. If you fail to file a timely response, Defendant McKinsey & Company, Inc.'s Motion to Dismiss may be granted and your case dismissed.

May 14, 2021

Sharon L. Ovington
United States Magistrate Judge