# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBERT CROWDER, JR., | : | Case No. 3:21-cv-103 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| DAVE YOST, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Derek Faulkner filed a Motion to Dismiss on June 1, 2021. (Doc. #26). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **June 25, 2021**. If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

June 2, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge